THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER and AMERICAN RIVERS, INC., <br><br> Plaintiffs, <br> v. <br><br> ELECTRON HYDRO, LLC, <br><br> Defendant. | CASE NO. C16-0047-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset the trial date and modify the Court's scheduling order (Dkt. No. 19). Finding good cause, the Court GRANTS the joint motion. The scheduling order is amended as follows:

| Event | Deadline / Date |
|---|---|
| Discovery Cutoff | August 3, 2018 |
| Dispositive Motion Deadline | September 3, 2018 |
| Pleading Amendment or Third Party Action | September 28, 2018 |
| Proposed Pretrial Order | November 21, 2018 |
| Trial Briefs | November 26, 2018 |

| | |
|---|---|
| Jury Trial | December 3, 2018 |

   DATED this 8th day of September 2017.

                                   William M. McCool
                                   Clerk of Court

                                   s/Tomas Hernandez
                                   Deputy Clerk

MINUTE ORDER C16-0047-JCC
PAGE - 2