UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER and AMERICAN RIVERS, INC., <br><br>                      Plaintiffs, <br><br>       v. <br><br> ELECTRON HYDRO, LLC, <br><br>                     Defendant. | CASE NO. C16-0047-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset trial date and modify case management schedule (Dkt. No. 22). Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 22).

All proceedings in this case are hereby STAYED until August 31, 2019. No later than August 31, 2019, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines. The Clerk is DIRECTED to terminate all pending case management dates, including the trial date currently scheduled for December 3, 2018, and close this case for statistical purposes.

      //

DATED this 22nd day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk