THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER and AMERICAN RIVERS,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRON HYDRO, LLC,<br><br>    Defendant. | CASE NO. C16-0047 JCC<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court on the parties' joint status report and motion to continue stay (Dkt. No. 25). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 25). All proceedings in this case are hereby STAYED until September 1, 2020. No later than September 1, 2020, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines.

   //

   //

   //

   //

DATED this 30th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
