Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRON HYDRO, LLC, <br><br> Defendant. | Case No. 2:16-cv-00047-JCC <br><br> JOINT STATUS REPORT |

Pursuant to the Court's order of August 30, 2019 (Dkt. 26), and LCR 16, counsel for Plaintiffs American Whitewater et al. and Defendants Electron Hydro, LLC have met and conferred, and hereby respectfully file this joint status report and stipulated case management schedule.

1. Pursuant to LCR 16(a)(1) and LCR 16(f)(1)(A) & (B), the parties agree this case is unlikely to settle, and they would not benefit from participating in alternative dispute resolution ("ADR") procedures.

2. Pursuant to LCR 16(f)(1)(C), the parties agree there is no case related to this one.

PARTIES' JOINT STATUS REPORT, No. 2:16-cv00047-JCC

3. Pursuant to LCR 16(f)(1)(D), as to case management, at this time, the parties do not know whether this case may need to proceed to trial. To help obviate any need for trial, the parties agree to this schedule for pleadings:

On or before November 6, 2020, Plaintiffs will file an amended and/or supplemental complaint.

On or before December 4, 2020, Defendant will file an answer to the supplemental complaint.

4. Pursuant to LCR 16(b)(1) & LCR 16(f)((1)(D), the parties propose this schedule as to deadlines for completing any discovery and the filing of dispositive motions:

The parties will conduct any discovery from December 5, 2020 to April 1, 2021.

Pursuant to Fed. R. Civ. P. 26(d)(A), the parties agree that currently no changes must be made in the timing, form, or requirement for disclosures under Rule 26(a), and that initial disclosures shall be made by December 15, 2020;

Pursuant to Fed. R. Civ. P. 26(d)(B), the parties are unaware before pleadings are completed which subjects discovery may be needed about, but agree it is unlikely that discovery will be needed to be conducted in phases or limited to or focused on particular issues, and agree that discovery should be completed by April 1, 2021;

Pursuant to Fed. R. Civ. P. 26(d)(C), the parties are currently unaware of any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

Pursuant to Fed. R. Civ. P. 26(d)(D), the parties are currently unaware of any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree

PARTIES' JOINT STATUS REPORT, No. 2:16-cv00047-JCC

on a procedure to assert these claims after production—whether to ask the Court to include their agreement in an order under FRE 502;

Pursuant to Fed. R. Civ. P. 26(d)(E), the parties are currently unaware of any changes that should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

Pursuant to Fed. R. Civ. P. 26(d)(F), the parties are currently unaware of any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

5. After completing any discovery, the parties will stipulate and propose to the Court a schedule for dispositive briefing in this case, to determine whether any trial is needed, and the projected length of any trial.

Date: October 5, 2020.                              Respectfully submitted,

/s/ Peter M. K. Frost                                    /s/ Svend A. Brandt-Erichsen
Peter M. K. Frost, *pro hac vice*            Svend A. Brandt-Erichsen, WSBA # 23923
Western Environmental Law Center      NOSSAMAN LLP
120 Shelton McMurphey Blvd. Suite 340   601 Union Street, Suite 5305
Eugene, Oregon 97401                          Seattle, WA 98101
Tel: 541-359-3238                                   Tel: (206) 489-5633
frost@westernlaw.org                             sbrandterichsen@nossaman.com

Andrea K. Rodgers, WSBA #38683       Counsel for Defendant
3026 N.W. Esplanade
Seattle, Washington 98117
Tel: 206-696-2851
rodgers@westernlaw.org

Counsel for Plaintiffs

PARTIES' JOINT STATUS REPORT, No. 2:16-cv00047-JCC

Certificate of Service

I hereby certify that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Svend A. Brandt-Erichsen    sbrandterichsen@nossaman.com

    Date: October 5, 2020.    /s/ Peter M. K. Frost
                                               Peter M. K. Frost