THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER, and AMERICAN RIVERS, <br><br> Plaintiffs, <br> v. <br><br> ELECTRON HYDRO, LLC, <br><br> Defendant. | CASE NO. C16-0047-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and stipulated case management schedule (Dkt. No. 28). Having thoroughly reviewed the parties' joint status report and case management schedule, the Court hereby ORDERS as follows:

1. An amended and/or supplemental complaint must be filed on or before November 6, 2020;
2. Defendant's answer to the amended and/or supplemental complaint must be filed on or before December 4, 2020;
3. The deadline for initial disclosures is December 15, 2020;
4. The discovery cutoff is April 1, 2021;

5. The dispositive motions deadline is May 3, 2021; and

6. A bench trial is scheduled for July 26, 2021 at 9:30 a.m.

DATED this 9th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
