THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRON HYDRO, LLC, *et al.*, <br><br> Defendants. | CASE NOS. C16-0047-JCC; <br> C20-1864-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. There are two cases pending before the Court that pose the same question: whether Electron Hydro, LLC and related parties' operations and management of a dam on the Puyallup River violated the Endangered Species Act by unlawfully taking threatened and/or endangered species. *See Am. Whitewater, et al. v. Electron Hydro, LLC, et al.,* C16-0047-JCC; *Puyallup Tribe of Indians v. Electron Hydro, LLC, et al.,* C20-1864-JCC.

Given the similarity of issues and the parties' stipulated agreement to consolidation of these cases at the April 28, 2021 status conference, (*see* C16-0047-JCC, Dkt. No. 33; C20-1864-JCC, Dkt. No. 14), the Court concludes that consolidation is proper. The determination is based on a consideration of the interests of justice, expeditious results, conservation of resources, avoiding inconsistent results, and the potential of prejudice. *See Inv'rs Rsch. Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 877 F.2d 777 (9th Cir. 1989); *see also Adams Apple, Inc. v. Central*

*Washington Bank*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("[T]rial courts may consolidate cases *sua sponte*.").

Accordingly, the Court hereby ORDERS that the following cases be consolidated: *American Whitewater, et al. v. Electron Hydro, LLC, et al.*, C16-0047-JCC and *Puyallup Tribe of Indians v. Electron Hydro, LLC, et al.*, C20-1864-JCC. All future filings shall bear the caption and case number of the first-filed case, *American Whitewater, et al. v. Electron Hydro, LLC, et al.*, C16-0047-JCC.

The Court DIRECTS the Clerk to administratively close the remaining case, *Puyallup Tribe of Indians v. Electron Hydro, LLC, et al.*, C20-1864-JCC.

The parties shall file all future documents related to either case in Case No. C16-0047-JCC. All future filings shall include the words "This Document Relates To:" in the caption, followed by either "C16-0047-JCC," "C20-1864-JCC," or "Both Cases."

The Court VACATES the July 26, 2021 bench trial in *American Whitewater*, C16-0047-JCC, (Dkt. No. 29), and ORDERS that the parties comply with the following case management deadlines:

- Expert reports served by: August 20, 2021
- Rebuttal expert reports served by: September 20, 2021
- Discovery cut-off: October 29, 2021
- Dispositive motions due: November 19, 2021
- Bench trial set for: April 18, 2022

DATED this 28th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE