THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER, *et al.*,<br><br>                 Plaintiffs,<br><br>       v.<br><br>ELECTRON HYDRO, LLC, *et al.*,<br><br>                 Defendants. | CASE NO. C16-0047-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motions to stay (Dkt. Nos. 59, 60). The parties ask that the Court stay this case and Case No. C20-1864-JCC and vacate the current case management schedule, including the trial date. (Dkt. No. 60 at 2.) Plaintiffs require time to assess changes made to the site by Defendants. (*Id.* at 2–3.) The motions to stay (Dkt. Nos. 59, 60) are GRANTED. The Clerk is DIRECTED to vacate all case management deadlines, including the April 18, 2022 bench trial. The parties are ORDERED to provide the Court with a joint status report no later than January 31, 2022.

DATED this 13th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C16-0047-JCC
PAGE - 1