THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER, *et al.*, | CASE NO. C16-0047-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 62). In their report, the parties ask to extend the stay in this case by an additional 30 days. (*Id.* at 2.) Finding good cause, the stay is hereby extended. The parties are ORDERED to provide the Court with another joint status report no later than March 2, 2022.

DATED this 1st day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C16-0047-JCC
PAGE - 1