THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN WHITEWATER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRON HYDRO, LLC, *et al.*, <br><br> Defendants. | CASE NO. C16-0047-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Puyallup Tribe of Indians' status report (Dkt. No. 65). Plaintiff asks to extend the stay in this case by an additional 60 days. (*Id.* at 2.) Finding good cause, the stay is extended. The parties are ORDERED to provide the Court with another joint status report no later than May 2, 2022.

DATED this 3rd day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk